**FILED**
March 25, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>                       Plaintiff,           )<br>v.                                                     )<br>                                                          )<br>ANDREA LYNN GRAVELLE,         )<br>                                                          )<br>                       Defendant.         ) | Case No. 2:08-mj-0101-EFB<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ANDREA LYNN GRAVELLE, Case MAG.S-08-00101-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    X    Bail Posted in the Sum of $25,000.00

            \_    Appearance Bond with Surety

            X    Unsecured Appearance Bond

            X    (Other)   Conditions as stated on the record.

            X    (Other)   USM to Release Defendant to PTS at 8:30 on 3/26/08.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   March 25, 2008   at 3:16pm.

By _____
Edmund F. Brennan,
United States Magistrate Judge